UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-479-T-17AEP

TRONESH SPARKELS ACKERMAN

### ORDER OF FORFEITURE AND PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSETS

THIS CAUSE comes before the Court upon the United States of America's motion for:

1. An order of forfeiture against the defendant in the amount of $6,488.00; and

2. A Preliminary Order of Forfeiture for the following assets:

    a. A 38 caliber RG Industries revolver, model RG31, serial number Q52353;

    b. A Jimenez Arms 380 caliber semiautomatic pistol, model J.A. 380, serial number 120218;

    c. Two rounds of assorted 380 caliber ammunition;

    d. Four rounds of Remington 38 caliber ammunition; and

    e. Eleven rounds of assorted 38 caliber ammunition.

Being fully advised of the relevant facts, the Court hereby finds that at least $6,488.00 was obtained by the defendant from the robbery conspiracy, for which she pled guilty.

The Court further finds that the firearms and ammunition identified above were involved in or used in furtherance of the robbery conspiracy, a crime of violence, for which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for an order of forfeiture in the amount of $6,488.00.

It is FURTHER ORDERED that, because the $6,488.00 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), forfeiture of any of the defendant's property up to the value of $6,488.00.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the firearms and ammunition identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry, this order shall become a final order of forfeiture as to the defendant.

CASE NO. 8:17-CR-479-T-17 AEP

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 14th day of MARCH, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

3